UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RICKY RAY PERRY, | ) | No. EDCV 20-2244-GW (AGR) |
| Petitioner, | ) | |
| v. | ) | ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
| WARDEN, | ) | |
| Respondent. | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file de novo, including the magistrate judge's Report and Recommendation. No objections to the Report have been filed. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS ORDERED as follows:

(1) Respondent's motion to dismiss is granted;

(2) Petitioner's motion to amend is denied as futile; and

(3) This action is dismissed for lack of jurisdiction.

DATED: October 5, 2021

_____
GEORGE H. WU
United States District Judge