1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                    CENTRAL DISTRICT OF CALIFORNIA
10
11   RICKY RAY PERRY,                    )     No. EDCV 20-2244-GW (AGR)
                                          )
12              Petitioner,               )
                                          )     JUDGMENT
13        v.                              )
                                          )
14   WARDEN,                              )
                                          )
15              Respondent.               )
     _____)
16
17
18        Pursuant to the Order Accepting Findings and Recommendations of United
     States Magistrate Judge
19
          IT IS ADJUDGED that Respondent's motion to dismiss is granted and Petitioner's
20
     motion to amend is denied as futile. The action is dismissed for lack of jurisdiction.
21
22
23
     DATED: October 5, 2021      _____
24                                         GEORGE H. WU
                                     United States District Judge
25
26
27
28